UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH JAMES NEILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Civil Action No. 08-2059 (JDB) |

## ORDER

Upon consideration of [#2] defendants' motion to dismiss the complaint, and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendants' motion to dismiss is **GRANTED**.

                                              /s/
                                  JOHN D. BATES
                            United States District Judge

Dated:   December 17, 2009